**PAYTON EMPLOYMENT LAW**
CHANTAL MCCOY PAYTON, ESQ. (SBN: 293215)
CPayton@PaytonEmploymentLaw.com
HAYON ABDULHAFIZ, ESQ. (SBN: 296486)
Hayon@PaytonEmploymentLaw.com
3807 W. Sierra Highway, Suite 206
Acton, California 93510
Telephone: (661) 434-1144
Facsimile: (661) 434-1144

**CARTER LAW FIRM, APC**
COREY ALAN CARTER, ESQ. (SBN: 269611)
corey@themainstreetattorney.com
27240 Turnberry Ln, Ste 200
Valencia, CA 91355
Telephone: (323) 825-5529
Facsimile: (323) 450-2222

Attorneys for Plaintiff Yolanda Van Dyke

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA VAN DYKE, an individual, | Case No.: 2:20-cv-07436-FMO-PJW |
| Plaintiff, | **STIPULATION AND REQUEST TO CONTINUE CERTAIN PRETRIAL DEADLINES** |
| v. | |
| ALZHEIMERS DISEASE & RELATED DISORDERS ASSOCIATION, INC., a Delaware Corporation; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive, | Judge:   Hon. Fernando M. Olguin |
| | Final Pretrial Conference:  11.12.2021 |
| Defendants. | Trial:                                    11.30.2021 |

TO THE HONORABLE FERNANDO M. OLGUIN, UNITED STATES DISTRICT JUDGE:

This stipulation is entered into by and between Plaintiff Yolanda Van Dyke and Defendant Alzheimers Disease & Related Disorders Association, Inc., a Delaware Corporation by and through their respective counsel.

Whereas, the parties have been unable to select a mediator with availability before

**STIPULATION TO CONTINUE PRETRIAL DEADLINES**
- 1 -

1  the current cut-off date of 5/10/2021; and

2      Whereas, the parties desire to mediate prior to extensive discovery in this case and
3  the discovery cut-off is also 5/10/2021.

4      NOW THEREFORE, the parties hereby stipulate through their counsel and request
5  an Order that:

6      1) Both the mediation and the discovery cut-off deadlines are moved 3 months
7         from 5/10/2021 to August 10, 2021;

8      2) Expert discovery dates are moved 3 months as follows:

9         a. Expert discovery shall be completed by October 26, 2021;

10        b. Initial Expert Witness Disclosures completed by August 24, 2021;

11        c. Rebuttal Expert Witness Disclosures served no later than September 24,
12          2021.

13     3) No other dates are to be changed. These changes will not affect the Pretrial
14        Conference or Trial dates currently in place.

16     IT IS SO STIPULATED AND REQUESTED.

17 DATE: March 1, 2021                CARTER LAW FIRM, APC

19                                     By:    /s/Corey Carter
                                        Corey Carter, Esq.
20                                         Attorney for Plaintiff Yolanda Van Dyke

22 DATE: March 1, 2021                Jackson Lewis

23                                     By:    /s/Arthur K. Cunningham
24                                         Arthur K. Cunningham
25                                         Nicole M. Shaffer
                                          Attorneys for Defendant