1  **PAYTON EMPLOYMENT LAW, PC**
2  CHANTAL MCCOY PAYTON, ESQ. (SBN: 293215)
   CPayton@PaytonEmploymentLaw.com
3  HAYON ABDULHAFIZ, ESQ. (SBN: 296486)
   Hayon@PaytonEmploymentLaw.com
4  3807 W. Sierra Highway, Suite 206
   Acton, California 93510
5  Telephone: (661) 434-1144

6  **CARTER LAW FIRM, APC**
   COREY ALAN CARTER, ESQ. (SBN: 269611)
7  corey@themainstreetattorney.com
   27240 Turnberry Ln, Ste 200
8  Valencia, CA 91355
   Telephone: (323) 825-5529

9  Attorneys for Plaintiff Yolanda Van Dyke

10

11 **JACKSON LEWIS, P.C.**
   Arthur K. Cunningham (SBN : 97506)
12 Nasim S. Tourkaman, Esq. (SBN: 300933)
   200 Spectrum Center Drive, Suite 500
13 Irvine, CA 92618
   arthur.cunningham@jacksonlewis.com
14 nasim.tourkaman@jacksonlewis.com
   Telephone:  949-885-1360

15 Attorneys for Defendant Alzheimer's Disease and Related
16 Disorders Association, Inc. (erroneously sued as
   "Alzheimers Disease & Related Disorders Association,
17 Inc.")

18                    **UNITED STATES DISTRICT COURT**
19                    **CENTRAL DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| YOLANDA VAN DYKE, an individual, | Case No. 2:20-cv-07436 FMO (PJWx) |
| Plaintiff, | Assigned to: Hon. Fernando M. Olguin, District Judge |
| v. | **STIPULATION FOR ENTRY OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| ALZHEIMERS DISEASE & RELATED DISORDERS ASSOCIATION, INC., a Delaware Corporation; DOES 1-10, Business Entities, Forms Unknown; DOES 11-20, Individuals; and DOES 21-30, inclusive, | |
| Defendants. | State Action Filed:   July 1, 2020 |

1
STIPULATION FOR ENTRY OF DISMISSAL OF ACTION WITH PREJUDICE

**TO THE HONORABLE COURT AND TO ALL COUNSEL OF RECORD:**

Plaintiff Defendant ALZHEIMER'S DISEASE AND RELATED DISORDERS ASSOCIATION, INC. ("Defendant"), and YOLANDA VAN DYKE ("Plaintiff") (collectively, the "Parties") have agreed to resolve the action filed by Plaintiff in its entirety.

IT IS HEREBY STIPULATED by and between the Parties, through their respective attorneys of record, that Plaintiff's action be dismissed by the Court in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The complaint on file herein shall be dismissed with prejudice. Each side will bear its own attorneys' fees and costs.

DATED: May __, 2021            **JACKSON LEWIS, P.C.**

                               By: /s/_____
                               Arthur K. Cunningham, Esq.
                               Nasim S. Tourkaman, Esq.
                               Attorneys for Defendant,
                               Alzheimer's Disease and Related
                               Disorders Association, Inc.
                               (erroneously  Alzheimer's Disease &
                               Related Disorders Association, Inc.)

DATED: May 7, 2021             **PAYTON EMPLOYMENT LAW, PC**

                               By:  /s/ Chantal McCoy Payton
                               Chantal McCoy Payton, Esq
                               Hayon Abdulhafiz, Esq.
                               Attorneys for Plaintiff
                               Yolanda Van Dyke

DATED: May 7, 2021             **CARTER LAW FIRM, APC**

                               BY:  /s/ Corey A. Carter
                               Corey Alan Carter, Esq.
                               Attorney for Plaintiff
                               Yolanda Van Dyke

STIPULATION FOR ENTRY OF DISMISSAL OF ACTION WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION FOR ENTRY OF DISMISSAL OF ACTION WITH PREJUDICE