JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA VAN DYKE, an individual,<br><br>     Plaintiff,<br><br>     v.<br><br>ALZHEIMERS DISEASE & RELATED DISORDERS ASSOCIATION, INC., a Delaware Corporation; DOES 1-10, Business Entities, Forms Unknown; DOES 11-20, Individuals; and DOES 21-30, inclusive,<br><br>     Defendants. | Case No. 2:20-cv-07436 FMO (PJWx)<br><br>Assigned to:<br>Hon. Fernando M. Olguin, District Judge<br><br>**ORDER RE: STIPULATION FOR ENTRY OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)**<br><br>State Action Filed:   July 1, 2020 |

**ORDER**

FOR GOOD CAUSE APPEARING, it is hereby ORDERED that the action on file herein shall be dismissed pursuant to Federal Rule of Civil Procedure 41(a) with prejudice. Each side will bear its own attorneys' fees and costs.

Dated: August 13, 2021

/s/
Hon. Fernando M. Olguin
Judge of the United States District Court